**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MARK HALL**,<br><br>*Plaintiff*,<br>v.<br><br>**HEALTHCARE SERVICES GROUP INC**,<br><br>*Defendant*. | **Case No. 2:25-cv-04908-JDW** |
| **HAROLD HENDERSON**,<br><br>*Plaintiff*,<br>v.<br><br>**HEALTHCARE SERVICES GROUP INC**,<br><br>*Defendant*. | **Case No. 2:25-cv-05004-JDW** |
| **STACY PETRILLO**,<br><br>*Plaintiff*,<br>v.<br><br>**HEALTHCARE SERVICES GROUP INC**,<br><br>*Defendant*. | **Case No. 2:25-cv-05015-JDW** |
| **JACE CREWS**,<br><br>*Plaintiff*,<br>v.<br><br>**HEALTHCARE SERVICES GROUP INC**,<br><br>*Defendant*. | **Case No. 2:25-cv-05045-JDW** |

| | |
|---|---|
| **ERIN CHADWELL**,<br><br>*Plaintiff*,<br><br>v.<br><br>**HEALTHCARE SERVICES GROUP INC**,<br><br>*Defendant*. | **Case No. 2:25-cv-05046-JDW** |
| **EVA AKINS**,<br><br>*Plaintiff*,<br><br>v.<br><br>**HEALTHCARE SERVICES GROUP INC**,<br><br>*Defendant*. | **Case No. 2:25-cv-05048-JDW** |
| **RANDALL WOLFF**,<br><br>*Plaintiff*,<br><br>v.<br><br>**HEALTHCARE SERVICES GROUP INC**,<br><br>*Defendant*. | **Case No. 2:25-cv-05133-JDW** |
| **WADE WILKERSON**,<br><br>*Plaintiff*,<br>v.<br><br>**HEALTHCARE SERVICES GROUP INC**,<br><br>*Defendant*. | **Case No. 2:25-cv-05154-JDW** |

| | |
|---|---|
| **MELINDA SEWELL**,<br>*Plaintiff*,<br>v.<br>**HEALTHCARE SERVICES GROUP INC**,<br>*Defendant*. | **Case No. 2:25-cv-05186-JDW** |
| **REBEKAH LUMPKIN**,<br>*Plaintiff*,<br>v.<br>**HEALTHCARE SERVICES GROUP INC**,<br>*Defendant*. | **Case No. 2:25-cv-05200-JDW** |
| **STANLEY WILLIAMSON**,<br>*Plaintiff*,<br>v.<br>**HEALTHCARE SERVICES GROUP INC**,<br>*Defendant*. | **Case No. 2:25-cv-05230-JDW** |

**ORDER**

**AND NOW**, this 21st day of October, 2025, upon consideration of Plaintiff Mark Hall's Second Motion To Consolidate Related Cases And To Set Deadlines (ECF No. 12), it is **ORDERED** that the Motion is **GRANTED** as set forth below:

1. The following cases, as well as any future related actions, are consolidated under the docket number of *Hall*, the first-filed case (the "Consolidated Action"): *Henderson v. Healthcare Services Group*, Inc., No. 2:25-cv-05004-JDW; *Petrillo v. Healthcare Services Group, Inc.*, No. 2:25-cv-05015-JDW; *Crews v. Healthcare Services Group, Inc.*, No. 2:25-cv-05045-JDW; *Chadwell v. Healthcare Services Group, Inc.*, No. 2:25-cv-05046-JDW; *Akins v. Healthcare Services Group, Inc.*, No. 2:25-cv-05048-JDW*; Wolff v. Healthcare Services Group, Inc.*, No. 2:25-cv-05133-JDW; *Wilkerson v. Healthcare Services Group, Inc.*, No. 2:25-cv-05154-JDW; *Sewell v. Healthcare Services Group, Inc.*, No. 2:25-cv-05186-JDW; *Lumpkin v. Healthcare Services Group, Inc.*, No. 2:25-cv-05200-JDW; and *Williamson v. Healthcare Services Group, Inc.,* No. 2:25-cv-05230.[1] The Clerk of the Court shall administratively terminate the *Henderson, Petrillo, Crews, Chadwell, Akins, Wolff, Wilkerson, Sewell, Lumpkin, and Williamson* matters;

2. The case file for the Consolidated Action will be maintained under Master File No. 2:25-cv-04908-JDW;

3. Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action shall be consolidated with the Consolidated Action for pretrial purposes. The Parties shall file a motion to designate the case as related pursuant to Local Rule of Civil Procedure 40.1.V.D.

[1] *Glazier v. Healthcare Services Group, Inc.*, No. 2:25-cv-05120-JDW was not consolidated because that case was voluntarily dismissed without prejudice on September 26, 2025.

whenever a case that should be consolidated into this action is filed in, transferred to, or removed to this District, and the Chief Judge shall then make whatever order is appropriate;

4. On or before October 31, 2025, counsel for the various Plaintiffs shall file either a joint proposal regarding interim lead counsel or motions to appoint interim lead counsel pursuant to Fed. R. Civ. P. 23(g); and

5. Defendant Health Services Group, Inc. is relieved from responding to any of the complaints initially filed in the Consolidated Action pending the likely filing of a Consolidated Amended Complaint.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.